FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 25, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

NATALIE HOOVER, an individual,

      Plaintiff,

  v.

GRANT COUNTY,

      Defendant.

NO: 2:18-CV-120-RMP

ORDER OF DISMISSAL WITH PREJUDICE

  BEFORE THE COURT is the parties' Stipulation of Dismissal with Prejudice, ECF No. 13. Having reviewed the Stipulation and the record, the Court finds good cause to approve dismissal. Accordingly, **IT IS HEREBY ORDERED**:

  1. The parties' Stipulation of Dismissal with Prejudice, **ECF No. 13**, is **APPROVED**.

  2. Plaintiff's Complaint is dismissed **with prejudice** and without fees or costs to any party.

  3. All pending motions, if any, are **DENIED AS MOOT**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1    4.  All scheduled court hearings, if any, are **STRICKEN**.

2    **IT IS SO ORDERED**.  The District Court Clerk is directed to enter this

3  Order, enter judgment of dismissal with prejudice, provide copies to counsel, and

4  **close this case**.

5    **DATED** October 25, 2018.

6

7                                    *s/ Rosanna Malouf Peterson*
                                    ROSANNA MALOUF PETERSON
                                    United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21