UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 25, 2018

SEAN F. McAVOY, CLERK

NATALIE HOOVER, an individual,

)
*Plaintiff* )
v. ) Civil Action No. 2:18-CV-120-RMP
GRANT COUNTY, )
)

*Defendant*

# JUDGMENT OF DISMISSAL

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:  The parties' Stipulation of Dismissal with Prejudice (ECF No. 13) pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii) is APPROVED. Plaintiff's Complaint is dismissed with prejudice and without fees or costs to any party.  Judgment of dismissal is hereby entered.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Rosanna Malouf Peterson  on the parties' Stipulation of Dismissal with Prejudice (ECF No. 13).

Date:  October 25, 2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb